## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SAMSUNG DISPLAY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>BOE TECHNOLOGY GROUP CO., LTD., MIANYANG BOE OPTOELECTRONICS TECHNOLOGY CO., LTD., ORDOS YUANSHENG OPTOELECTRONICS CO., LTD., CHENGDU BOE OPTOELECTRONICS TECHNOLOGY CO., LTD., CHONGQING BOE OPTOELECTRONICS TECHNOLOGY CO., LTD., WUHAN BOE OPTOELECTRONICS TECHNOLOGY CO., LTD., YUNNAN INVENSIGHT OPTOELECTRONICS TECHNOLOGY CO., LTD. f/k/a/ BMOT f/k/a KUNMING BOE DISPLAY TECHNOLOGY, and BOE TECHNOLOGY AMERICA, INC.<br><br>Defendants. | COMPLAINT<br>Civil Action No. [ ]<br>JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Samsung Display Co., Ltd. ("Samsung Display" or "Plaintiff"), by and through the undersigned attorneys, complains and alleges the following against Defendants BOE Technology Group Co., Ltd., Mianyang BOE Optoelectronics Technology Co., Ltd., Ordos Yuansheng Optoelectronics Co., Ltd., Chengdu BOE Optoelectronics Technology Co., Ltd., Chongqing BOE Optoelectronics Technology Co., Ltd., Wuhan BOE Optoelectronics Technology Co., Ltd., Yunnan Invensight Optoelectronics Technology Co., Ltd. f/k/a BMOT f/k/a Kunming BOE Display Technology, and BOE Technology America, Inc.

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*

2.      Samsung Display has filed this lawsuit to respond to Defendants' unlawful infringement of Samsung Display's patented inventions and to obtain damages and other relief.

**THE PARTIES**

3.      Plaintiff Samsung Display is a corporation organized and existing under the laws of the Republic of Korea, with its principal place of business at 1, Samsung-ro, Giheung-gu, Yongin-si, Gyeonggi-do, 17113, Republic of Korea. Samsung Display is a market leader in the research, development, and manufacture of organic light emitting diode ("OLED") displays.

4.      Upon information and belief, BOE Technology Co., Ltd. ("BOE Beijing") is a corporation organized and existing under the laws of the People's Republic of China with its principal place of business located at No. 12 Xihuanzhong, RD, BDA, Beijing, 100176, P.R. China.

5.      Upon information and belief, Mianyang BOE Optoelectronics Technology Co., Ltd. ("Mianyang BOE") is a corporation organized and existing under the laws of the People's Republic of China with a principal place of business located at No. 198 Kefa Road, Hi-Tech Zone, Mianyang, P.R. China. Upon information and belief, Defendant BOE Beijing owns a controlling stake in Mianyang BOE.

6.      Upon information and belief, Ordos Yuansheng Optoelectronics Co., Ltd. ("Ordos BOE") is a corporation organized and existing under the laws of the People's Republic of China, having a principal place of business at No. 37 Science RD, Equipment Manufacturing Base, Dongsheng District, Ordos, Inner Mongolia Autonomous Region, P.R. China. Upon information and belief, Ordos BOE is a subsidiary of BOE Beijing.

7.      Upon information and belief, Chengdu BOE Optoelectronics Technology Co., Ltd. ("Chengdu BOE") is a corporation organized and existing under the laws of the People's Republic of China, having a principal place of business at No. 1188 Cooperation RD, Hi-tech Zone (west

area), Chengdu, Sichuan, P.R. China. Upon information and belief, Chengdu BOE is a subsidiary of BOE Beijing.

8.      Upon information and belief, Chongqing BOE Optoelectronics Technology Co., Ltd. ("Chongqing BOE") is a corporation organized and existing under the laws of the People's Republic of China, having a principal place of business at No. 7, Yunhan RD, Shuitu Hi-tech Industrial Zone, Chongqing, P.R. China. Upon information and belief, Chongqing BOE is a subsidiary of BOE Beijing.

9.      Upon information and belief, Wuhan BOE Optoelectronics Technology Co., Ltd. ("Wuhan BOE") is a corporation organized and existing under the laws of the People's Republic of China, having a principal place of business at No.691 Linkonggang RD, Dongxihu District, Wuhan, Hubei, 430040, P.R. China. Upon information and belief, Wuhan BOE is a subsidiary of BOE Beijing.

10.      Upon information and belief, Yunnan Invensight Optoelectronics Technology Co., Ltd. ("BMOT") is a corporation organized and existing under the laws of the People's Republic of China, having a principal place of business at No. 215, Building A2, No.1 Yunshui RD, Da Ban Qiao sub-district office of Yunnan Dianzhong New Area, 650211, P.R. China. Upon information and belief, Yunnan Invensight Optoelectronics Technology Co., Ltd. was formerly known as "BMOT" and also as Kunming BOE Display Technology. Upon information and belief, BMOT is a subsidiary of BOE Beijing.

11.      Upon information and belief, BOE Technology America, Inc. ("BOEA") is a corporation organized and existing under the laws of the state of California, with its principal place of business located at 2350 Mission College Boulevard, Suite 840, Santa Clara, California 95054. Upon information and belief, BOEA is a subsidiary of BOE Beijing.

12.     BOE Beijing, Mianyang BOE, Ordos BOE, Chengdu BOE, Chongqing BOE, Wuhan BOE, BMOT, and BOEA are collectively referred to herein as "BOE" or "Defendants."

13.     Upon information and belief, Defendants make and sell OLED displays that infringe one or more claims of U.S. Patent No. 7,279,708 ("the '708 Patent"), U.S. Patent No. 11,081,503 ("the '503 Patent"), U.S. Patent No. 10,832,616 ("the '616 Patent"), and U.S. Patent No. 10,720,483 ("the '483 Patent") (collectively, the "Asserted Patents"). Such OLED displays are hereinafter referred to as the "Accused Products."

## JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a civil action arising under the Patent Act.

15.     This Court has personal jurisdiction over Defendants. Defendant BOE Beijing has established minimum contacts with the United States as a whole and with Texas such that subjecting BOE Beijing to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. BOE Beijing has purposely availed itself of the laws and protections of the United States and the State of Texas by knowingly supplying and/or contracting to supply OLED displays for incorporation into products (such as smartphones) to be sold, offered for sale, imported, and used in the United States, the State of Texas, and in this District. BOE Beijing has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District. Samsung Display's claims for patent infringement arise directly from and/or relate to this activity. For example, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. BOE Beijing has also purposely availed itself of the laws and protections of the United States,

the State of Texas, and this District by filing counterclaims in this District. *See, e.g.*, Docket No. 27, *Element Capital Commercial Company PTE. LTD v. BOE Technology Group Co., Ltd. et al*, Case No. 2-22-cv-00118 (E.D. Tex. Dec. 1, 2022); Docket No. 58, *Longitude Licensing Ltd. v. BOE Technology Group Co., Ltd.*, Case No. 2:23-cv-00515 (E.D. Tex. Jun. 13, 2024).

16.     Defendant Mianyang BOE has established minimum contacts with the United States as a whole and with Texas such that subjecting Mianyang BOE to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. Mianyang BOE has purposely availed itself of the laws and protections of the United States and the State of Texas by knowingly supplying and/or contracting to supply OLED displays for incorporation into products to be sold, offered for sale, imported, and used in the United States, in the State of Texas, and in this District. Mianyang BOE has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District. For instance, Mianyang BOE has admitted in another recent proceeding that it supplies OLED displays that are imported into the United States. Further, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. Samsung Display's claims for patent infringement arise directly from and/or relate to this activity.

17.     On information and belief, Defendant Ordos BOE, alone and/or through the activities of its parent BOE Beijing, has established minimum contacts with the United States as a whole and with Texas such that subjecting Ordos BOE to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. Ordos BOE has purposely availed itself of the laws and protections of the United States and the State of Texas by knowingly supplying and/or

contracting to supply OLED displays for incorporation into products (such as smartphones) to be sold, offered for sale, imported, and used in the United States, the State of Texas, and in this District. Ordos BOE has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District. Further, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. Samsung Display's claims for patent infringement arise directly from and/or relate to this activity.

18.     On information and belief, Defendant Chengdu BOE, alone and/or through the activities of its parent BOE Beijing, has established minimum contacts with the United States as a whole and with Texas such that subjecting Chengdu BOE to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. Chengdu BOE has purposely availed itself of the laws and protections of the United States and the State of Texas by knowingly supplying and/or contracting to supply OLED displays for incorporation into products (such as smartphones) to be sold, offered for sale, imported, and used in the United States, the State of Texas, and in this District. Chengdu BOE has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District. Further, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. Samsung Display's claims for patent infringement arise directly from and/or relate to this activity.

19.    On information and belief, Defendant Chongqing BOE, alone and/or through the activities of its parent BOE Beijing, has established minimum contacts with the United States as a whole and with Texas such that subjecting Chongqing BOE to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. Chongqing BOE has purposely availed itself of the laws and protections of the United States and the State of Texas by knowingly supplying and/or contracting to supply OLED displays for incorporation into products (such as smartphones) to be sold, offered for sale, imported, and used in the United States, the State of Texas, and in this District. Chongqing BOE has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District. Further, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. Samsung Display's claims for patent infringement arise directly from and/or relate to this activity.

20.    On information and belief, Defendant Wuhan BOE, alone and/or through the activities of its parent BOE Beijing, has established minimum contacts with the United States as a whole and with Texas such that subjecting Wuhan BOE to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. Wuhan BOE has purposely availed itself of the laws and protections of the United States and the State of Texas by knowingly supplying and/or contracting to supply OLED displays for incorporation into products (such as smartphones) to be sold, offered for sale, imported, and used in the United States, the State of Texas, and in this District. Wuhan BOE has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established

distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District. Further, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. Samsung Display's claims for patent infringement arise directly from and/or relate to this activity.

21.     On information and belief, Defendant BMOT, alone and/or through the activities of its parent BOE Beijing, has established minimum contacts with the United States as a whole and with Texas such that subjecting BMOT to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. BMOT has purposely availed itself of the laws and protections of the United States and the State of Texas by knowingly supplying and/or contracting to supply OLED displays for incorporation into products (such as smartphones) to be sold, offered for sale, imported, and used in the United States, the State of Texas, and in this District. BMOT has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District. Further, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. Samsung Display's claims for patent infringement arise directly from and/or relate to this activity.

22.     On information and belief, Defendant BOEA, alone and/or through the activities of its parent BOE Beijing, has established minimum contacts with the United States as a whole and with Texas such that subjecting BOEA to personal jurisdiction in this Court will not offend traditional notions of fair play and substantial justice. For example, BOEA's website states that

BOEA has a "Houston office (220329 State Highway 249 Suite 180, Houston, TX 77070)." FAQ, https://boe-us.com/faq/ (last accessed April 18, 2025); *see also* "About Us – BOE Global," https://www.boe.com/en/about/BOEGlobal (identifying "Houston Office" located at "220329 State Highway 249 Suite 180, Houston, TX, 77070, USA"). Moreover, BOEA takes affirmative actions to participate in and facilitate Defendants' supply of OLED displays for incorporation into products (such as smartphones) to be sold, offered for sale, imported, and used the United States, the State of Texas, and in this District. *See, e.g.*, FAQ, https://boe-us.com/faq/ (last accessed April 18, 2025) ("[BOEA] serves as a liaison between customers in the US and BOE's R&D, production, commercial teams in Asia."). Upon information and belief, these actions by BOEA include conducting business with and on behalf of Defendants, for example by providing support for Defendants' OLED displays, *id.*, promoting and marketing Defendants' OLED displays to customers, and participating at conferences and events on behalf of Defendants. For example, BOEA's own website touts Defendants' development of OLED displays, including OLED displays supplied to Nubia for use in the Nubia Z60 Ultra product. *See, e.g.*, "BOE Empowers Global Partners at MWC 2024," https://boe-us.com/news/boe-mwc-2024/ (last accessed Apr. 21, 2025) (BOE America website explaining that "Nubia RedMagic 9 Pro and Nubia Z60 ultra feature BOE 6.8-inch OLED displays with Q9 light-emitting materials, delivering a stunning 2480*1116 resolution and a screen-to-body ratio of 93.7%."). BOEA knows or reasonably should know that its participation in and facilitation of Defendants' supply of OLED displays targets and reaches consumers in the State of Texas and in this District. By way of these and other actions BOEA has established continuous and systematic contacts with the States of Texas and with this District. BOEA has also purposely availed itself of the laws and protections of the United States and the State of Texas by knowingly supplying and/or contracting to supply OLED displays for incorporation into products (such as

smartphones) to be sold, offered for sale, imported, and used in the United States, the State of Texas, and in this District. Moreover, BOEA has targeted the United States by conducting regular business therein, and has placed and continues to place its products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District. For example, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. Samsung Display's claims for patent infringement arise directly from and/or relate to this activity.

23.    Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b) against Defendants BOE Beijing, Mianyang BOE, Ordos BOE, Chengdu BOE, Chongqing BOE, Wuhan BOE, and BMOT. BOE Beijing, Mianyang BOE, Ordos BOE, Chengdu BOE, Chongqing BOE, Wuhan BOE, and BMOT are foreign corporations that do not reside in the United States, and may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

24.    Venue is proper in this District against BOEA under 28 U.S.C. § 1391 because BOEA's actions directed towards and/or in this District, including on behalf of Defendants, subject it to this Court's personal jurisdiction. For example, BOEA conducts business on behalf of Defendants who supply OLED displays for incorporation into products (such as smartphones) to be sold, offered for sale, imported, and used the United States, the State of Texas, and in this District. As discussed above, a Nubia Z60 Ultra product that, on information and belief, contains an infringing OLED display supplied by Defendants was purchased in Texas, and is discussed further below. BOEA also facilitates and participates in Defendants' placement of products into the stream of commerce through an established distribution channel with the expectation and/or knowledge that they will be purchased by consumers in the United States, the State of Texas, and this District.

BOEA's presence in this District and actions directed towards and/or in this District, including on behalf of Defendants, also give rise to the claims set forth herein.

25.    Defendants are jointly and severally liable for infringing one or more claims of the Asserted Patents. Defendants' liability stems from the same transactions or occurrences regarding the use, sale, and/or offer for sale in the United States and/or the importation into the United States of the Accused Products. Consequently, this action involves questions of law and fact common to all Defendants.

## THE ASSERTED PATENTS

26.    U.S. Patent No. 7,279,708 ("the '708 Patent") is entitled "Electroluminescence Display Device and Method of Manufacturing the Same." The '708 Patent discloses, *inter alia*, a novel structure for an OLED device that avoids peeling and other damage during the fabrication process, and a method of manufacturing the same. A true and correct copy of the '708 Patent is attached as Exhibit 1.

27.    Samsung Display is the sole owner by assignment of all right, title, and interest in the '708 Patent.

28.    U.S. Patent No. 11,081,503 ("the '503 Patent") is entitled "Array Substrate and Method of Mounting Integrated Circuit Using the Same." The '503 Patent discloses, *inter alia*, a novel structure for an OLED display including a novel method of mounting an integrated circuit on an array substrate including a pad portion and a bump portion. A true and correct copy of the '503 Patent is attached as Exhibit 2.

29.    Samsung Display is the sole owner by assignment of all right, title, and interest in the '503 Patent.

30.    U.S. Patent No. 10,832,616 ("the '616 Patent") is entitled "Pixel Arrangement Structure for Organic Light Emitting Diode Display." The '616 Patent discloses, *inter alia*, a novel

pixel arrangement structure for an AMOLED display. The display is composed of pixels of three different colors. The pixels—each of which is individually addressable such that the light output of each pixel may be varied independently—are arranged according to novel patterns and layouts in which specified color pixels are formed in specified locations, separated from specified other pixels by defined lengths, formed of differing surface areas, and formed of defined shapes. The '616 Patent's disclosed arrangement and structure of pixels results in improved image quality and greater efficiency of the OLED display as well as improved manufacturing reliability that increases yield. The '616 Patent issued from an application that was a continuation in part of an application that issued as U.S. Patent No. 9,818,803 ("the '803 Patent"). A true and correct copy of the '616 Patent is attached as Exhibit 3.

31.    Samsung Display is the sole owner by assignment of all right, title, and interest in the '616 Patent.

32.    U.S. Patent No. 10,720,483 ("the '483 Patent") is entitled "Thin Film Transistor Array Substrate and Organic Light-Emitting Diode Display." The '483 Patent discloses, *inter alia*, a novel thin film transistor array substrate. A true and correct copy of the '483 Patent is attached as Exhibit 4.

33.    Samsung Display is the sole owner by assignment of all right, title, and interest in the '483 Patent.

34.    On May 2, 2022, Samsung Display sent a letter to Defendant BOE Beijing notifying it that OLED displays being made and offered for sale by BOE were infringing Samsung Display's patents including the '708 Patent, the '616 Patent, and the '483 Patent. Upon information and belief, Defendants have therefore had knowledge of the '708 Patent, the '616 Patent, and the '483 Patent and of their infringement of those patent, at least since receiving the May 2, 2022 letter. In addition,

upon information and belief, Defendants had knowledge of the '503 Patent and of their infringement of the '503 Patent since at least the date of its issuance. The '503 Patent issued from an application that was a continuation of an application that issued as U.S. Patent No. 10,373,987 (the "'987 Patent"), which is a continuation of an application that issued as U.S. Patent No. 9,917,113 (the "'113 Patent"), which is a continuation of an application that issued as U.S. Patent No. 9,591,754 (the "'754 Patent"). The '987 Patent, the '113 Patent, and the '754 Patent were identified in Samsung Display's May 2, 2022 letter to Defendant BOE Beijing as being infringed by OLED displays being made and offered for sale by BOE. Moreover, Samsung Display marks the Asserted Patents on its website (https://www.samsungdisplay.com/eng/patents.jsp), and Defendants have had knowledge of the Asserted Patents through their copying of Samsung Display's patented OLED technologies.

35.     Defendants have also had knowledge of the '708 Patent, the '503 Patent, the '616 Patent, and the '483 Patent, since at least the filing of this Complaint.

## THE ACCUSED PRODUCTS

36.     The Accused Products are OLED displays used, made, sold, offered for sale, or imported, directly or indirectly, by Defendants, including OLED displays incorporated into smartphones, tablets, and other mobile devices—such as the Nubia Z60 Ultra and REDMAGIC 9S Pro devices.

37.     Upon information and belief, the Accused Products are manufactured and assembled by or for Defendants at facilities in China, including by Mianyang BOE. *See* About Us, boe.com/en/about/index (last accessed April 1, 2025) ("BOE owns a number of manufacturing sites in Beijing, Hefei, Chengdu, Chongqing, Fuzhou, Mianyang, Wuhan, Kunming, Suzhou, Ordos, etc.").

38.     Upon information and belief, Defendants, directly or indirectly through affiliates, subsidiaries, agents, or other representatives, sell and/or offer for sale Accused Products in the United

States, and/or import Accused Products into the United States, including in connection with supplying and selling Accused Products to U.S. businesses for product repair and as replacement parts and in connection with supplying and selling Accused Products to OEM customers for testing, evaluation, qualification, and incorporation into products, such as smartphones and tablets, that are used, sold, and/or offered for sale in the United States and/or imported into the United States.

39.    BOE is identified on Nubia's website as its OLED display supplier. *See* nubia Z60 Ultra, Nubia Technology Co., Ltd., https://www.nubia.com/en/products/smartphones/nubia/nubia-z60-ultra.html (last accessed February 27, 2025) ("New BOE Q9+ Screen material Color display stability improved by 50%"); nubia Z70 Ultra, Nubia Technology Co., Ltd., https://www.nubia.com/en/products/smartphones/nubia/nubia-z70-ultra.html (last accessed February 27, 2025) ("Discover breathtaking visuals with the 6.85-inch AMOLED display, co-engineered with BOE for edge-to-edge clarity."). BOE is also identified as Nubia's supplier on the RedMagic website. *See* REDMAGIC 9 Pro Gaming Smartphone – Product Page - REDMAGIC (US and Canada), Nubia Technology Co., Ltd., https://na.redmagic.gg/pages/redmagic-9-pro (last accessed February 27, 2025) ("Enjoy deeper contrast, vivid colors, and a notch more brightness on the BOE Q9+ luminescent materials screen."); REDMAGIC 10 Pro Gaming Smartphone - Full Specifications & Price - REDMAGIC (US and Canada), Nubia Technology Co., Ltd., https://na.redmagic.gg/pages/redmagic-10-pro-specs (last accessed February 27. 2025) ("Size: 6.853 Inch BOE Q9+ FHD+"). Market reports indicate that BOE supplies OLED displays to Nubia including at least for the Nubia Z70 Ultra and REDMAGIC 10 Pro models sold in the United States. *See, e.g.*, BOE develops new under-the-OLED camera technology, to supply it to ZTE's Nubia and Red Magic flagship smartphones (OLED-info), https://www.oled-info.com/boe-develops-new-under-oled-camera-technology-supply-it-ztes-nubia-and-red (last accessed February 27, 2025).

40.     Upon information and belief, Defendants have also imported Accused Products into the United States, and used them in the United States, to promote them at industry and trade shows. For example, upon information and belief, BOE imported OLED devices into the United States for exhibition at The Society for Information Display's ("SID") DisplayWeek events in at least 2018, 2019, 2022, 2023, and 2024.

### COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,279,708

41.     Samsung Display hereby incorporates the allegations of Paragraphs 1 through 40 as fully set forth herein.

42.     Upon information and belief, BOE has infringed and continues to directly infringe the '708 Patent by making, using, selling, offering for sale, and/or importing into the United States OLED displays for incorporation into the Accused Products, such as OLED displays incorporated into the Nubia Z60 Ultra product ("BOE OLED Display").

43.     Independent claim 1 of the '708 Patent recites:

1. An electroluminescent display device, comprising:

> a display area with pixels that have a first electrode layer and a second electrode layer on a substrate and an electroluminescence unit formed between the first electrode layer and the second electrode layer;

> an electrode power supply line to supply electrode power to the display area;

> an insulating layer disposed on the electrode power supply line, including a via hole and containing an organic material; and

> a sub-conductive layer formed on the insulating layer including the via hole along the electrode power supply line,

> wherein the electrode power supply line and the second electrode layer are coupled to each other at the via hole through the sub-conductive layer, and the sub-conductive layer on the insulating layer includes a penetration portion.

44.     Upon information and belief, the BOE OLED Display meets each of the limitations of claim 1.

45.     For example, the images below (Figures 1–3) are of a Nubia Z60 Ultra product sold in Texas that, on information and belief, contains an organic light emitting diode display supplied by BOE.

 

**Figure 1**

 

**Figure 2**




**Figure 3**

46.    The BOE OLED Display is "an electroluminescent display device," and it comprises a "substrate," which supports the OLED pixels that are visible through the glass panel as well as the circuitry that controls the operation of the OLED pixels. The BOE OLED Display is mounted within the Nubia Z60 Ultra chassis. The display panel substrate is located behind a glass panel, and in the image below (Fig. 4), the substrate can be seen.



**Figure 4**

47.    The BOE OLED Display comprises "a display area with pixels that have a first electrode layer and a second electrode layer on a substrate and an electroluminescence unit formed between the first electrode layer and the second electrode layer." In the annotated image below (Fig. 5) (front side image of the BOE OLED Display), a display area comprised of pixels is identified. On information and belief, the pixels in the display area have a first electrode layer and a second electrode layer, with an electroluminescence unit formed between the electrode layers. *See, e.g.*, "BOE Flexible AMOLED Display" (Dec. 26, 2017), https://www.boe.com/en/innovation/dynamic-316fd4e61b5d4eeab084d65820a12ec5 (last accessed April 21, 2025) ("Active matrix organic light-emitting diode (AMOLED) is an organic light-emitting display device mainly consisting of a substrate, a TFT-driven array and OLED light-emitting device (metal cathode + organic light-emitting layer + anode).").



**Figure 5**

48.    The BOE OLED Display comprises "an electrode power supply line to supply electrode power to the display area." In the annotated images below (Figs. 6 and 7) (cross-section images of the BOE OLED Display), an electrode power supply line is identified. This electrode power supply line supplies electrode power to the display area.



**Figure 6**





**Figure 7**

49.     The BOE OLED Display comprises "an insulating layer disposed on the electrode power supply line, including a via hole and containing an organic material." In Figure 8 below (cross-section image of the BOE OLED Display), an electrode power supply line to supply electrode power to the display area is identified. Figure 9 also shows an insulating layer disposed on the electrode power supply line. The figure further shows a via hole that is formed in the insulating layer. In Figure 8 below (cross-section EDS analyses of the BOE OLED Display), the insulating layer is shown as containing carbon (C) (red color), an organic material.



**Figure 8**



**Figure 9**

50.    The BOE OLED Display comprises "a sub-conductive layer formed on the insulating layer, including the via hole along the electrode power supply line." In Figure 10 below (cross-section image of the BOE OLED Display), a sub-conductive layer is identified. The sub-conductive layer is formed on the insulating layer, including the via hole along the electrode power supply line. In Figure 11 below (cross-section EDS analysis of the BOE OLED Display), the sub-conductive layer is shown as containing silver (Ag), a conductive material.



**Figure 10**



**Figure 11**

51.    In the BOE OLED Display, "the electrode power supply line and the second electrode layer are coupled to each other at the via hole through the sub-conductive layer, and the sub-conductive layer on the insulating layer includes a penetration portion." In the annotated image

below (Fig. 12) (cross-section image of the BOE OLED Display), the second electrode layer and sub-conductive layer are identified, and the electrode power supply line and the second electrode layer are coupled to each other at the via hole through the sub-conductive layer. In the annotated image below (Fig. 13) (cross-section image of the BOE OLED Display), a penetration portion is identified, and it is located in the sub-conductive layer that is on the insulating layer (as shown in Figures 8 and 9 above).



**Figure 12**



**Figure 13**

52.     Upon information and belief, and as shown above in the example of a BOE OLED Display used in the Nubia Z60 Ultra product, the Accused Products meet every limitation of at least claim 1 of the '708 Patent.

53.     By making, using, selling, offering for sale, and/or importing into the United States the Accused Products, BOE directly infringe at least claim 1 of the '708 Patent.

54.     Upon information and belief, BOE has induced infringement of the '708 Patent under 35 U.S.C. § 271(b) by knowingly and intentionally inducing others to directly infringe the '708 Patent. Despite having notice of the '708 Patent—including through at least its receipt of Samsung Display's May 2, 2022 notice letter specifically informing BOE of its infringing activity—BOE has actively encouraged others to infringe the patent. For example, upon information and belief, BOE has knowingly and intentionally induced third-party manufacturers, shippers, distributors, and/or retailers to directly infringe (literally and/or under the doctrine of equivalents) the '708 Patent by using, selling, and/or offering to sell in the United States, and/or importing into the United States, products containing infringing BOE OLED displays. BOE' OLED displays are especially designed to contain features that infringe the '708 Patent, and the Accused Products have no substantial uses other than ones that infringe the '708 Patent.

55.     Moreover, upon information and belief, BOE takes active steps, directly and/or through contractual relationships with others, with the specific intent to cause such persons to import, use, sell, and/or or offer to sell products containing BOE OLED displays that infringe at least claim 1 of the '708 Patent. Upon information and belief, such steps by BOE include, among other things, making or selling the Accused Products, including BOE OLED Displays for at least the Nubia Z60 Ultra products, for importation into or sale in the United States, knowing that such importation or sale would occur. Indeed, Mianyang BOE has admitted in another recent proceeding that it manufactures and sells AMOLED screens that are imported into the United States. Upon information and belief, Mianyang BOE was thus aware that its infringing OLED displays would be imported into the US (and that use of the infringing OLED displays would infringe), yet it sold those displays to

those customers anyway. Upon information and belief, BOE has engaged in these activities with knowledge of the '708 Patent and knowledge that the induced acts constitute infringement. BOE's inducement of infringement of the '708 Patent is ongoing.

56.    Upon information and belief, BOE has also contributorily infringed the '708 Patent under 35 U.S.C. § 271(c) through its supply of BOE OLED displays to customers that incorporate those OLED displays into other products, including at least the Nubia Z60 Ultra product. The BOE OLED Displays have no substantial non-infringing uses and are especially designed and made for use in devices that infringe the '708 Patent. BOE has engaged in these activities despite having notice of the '708 Patent, and the OLED displays that BOE has sold and/or provided to customers embody a material part of the claimed invention of at least claim 1 of the '708 Patent. BOE's contributory infringement of the '708 Patent is ongoing.

57.    Upon information and belief, BOE's infringement has been, and continues to be, willful. For example, upon information and belief, BOE has been on notice of the '708 Patent and its infringement of the '708 Patent since at least its receipt of Samsung Display's May 2, 2022 notice letter and yet have continued its infringing activities

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 11,081,503

58.    Samsung Display hereby incorporates the allegations of Paragraphs 1 through 57 as fully set forth herein.

59.    Upon information and belief, BOE has infringed and continues to directly infringe the '503 Patent by making, using, selling, offering for sale, and/or importing into the United States OLED displays for incorporation into the Accused Products, such as OLED displays incorporated into the Nubia Z60 Ultra product.

60.    Independent claim 1 of the '503 Patent recites:

1. An electronic device, comprising:

an array substrate;

a pad portion disposed on the array substrate; and

an integrated circuit disposed on the pad portion and comprising a bump portion;

wherein:

the pad portion comprises a first sub-pad unit comprising an inclined first pad and a second sub-pad unit comprising an inclined second pad;

the first pad and the second pad are inclined in different directions symmetrically about an imaginary line that divides the pad portion; and

the pad portion is electrically connected with the bump portion;

the bump portion comprises a first sub-bump unit comprising an inclined first bump and a second sub-bump unit comprising an inclined second bump;

the first bump and the second bump are inclined in different directions symmetrically about the imaginary line that divides the pad portion.

61.    Upon information and belief, the BOE OLED Display meets each of the limitations of claim 1.

62.    For example, the images below (Figures 14–16) are of a Nubia Z60 Ultra product sold in Texas that, on information and belief, contains an organic light emitting diode display supplied by BOE.

 

**Figure 14**

 

**Figure 15**




**Figure 16**

63.    The BOE OLED Display is an "electronic device," and it comprises an "array substrate," which supports the OLED pixels that are visible through the glass panel as well as the circuitry that controls the operation of the OLED pixels. The BOE OLED Display is within the Nubia Z60 Ultra chassis. The display panel substrate is located behind a glass panel, and in the image below (Fig. 17), the array substrate can be seen.



**Figure 17**

64.     The BOE OLED Display comprises "a pad portion disposed on the array substrate." In the annotated image below of the BOE OLED Display (Fig. 18), the pad portion is shown on the array substrate:



**Figure 18**

65.     The BOE OLED Display comprises "an integrated circuit disposed on the pad portion and comprising a bump portion." In the annotated image below of the BOE OLED Display (Fig. 19), the integrated circuit is shown disposed on the pad portion and comprising a bump portion:



**Figure 19**

66.     The BOE OLED Display comprises a pad portion that "comprises a first sub-pad unit comprising an inclined first pad and a second sub-pad unit comprising an inclined second pad." In the annotated image below of the BOE OLED Display driving circuits (Fig. 20), a first sub-pad unit comprising an inclined first pad, and a second sub-pad unit comprising an inclined second pad are shown, with both the first sub-pad unit and the second sub-pad unit being part of the pad portion:



**Figure 20**

67.    In the BOE OLED Display "the first pad and the second pad are inclined in different directions symmetrically about an imaginary line that divides the pad portion." In the annotated image below of the BOE OLED Display (Fig. 21), the first pad and the second pad are shown as being inclined in different directions symmetrically about an imaginary line (shown below as a purple dashed line) that divides the pad portion:



**Figure 21**

68.     In the BOE OLED Display "the pad portion is electrically connected with the bump portion." In the annotated image below (Fig. 22), the pad portion is shown as being connected with the bump portion. On information and belief, the pad portion is electrically connected with the bump portion.



**Figure 22**

69.    In the BOE OLED Display "the bump portion comprises a first sub-bump unit comprising an inclined first bump and a second sub-bump unit comprising an inclined second bump." Upon information and belief, and at least because the pad portion is electrically connected with the bump portion (as shown above in Figure 22), the BOE OLED Display has a bump portion comprising a first sub-bump unit comprising an inclined first bump and a second sub-bump unit comprising an inclined second bump. *See also* Figure 21 (showing inclined pads).

70.    In the BOE OLED Display "the first bump and the second bump are inclined in different directions symmetrically about the imaginary line that divides the pad portion." Upon information and belief, and at least because the pad portion is electrically connected with the bump portion (as shown above in Figure 22), the BOE OLED Display has a first bump and a second bump that are inclined in different directions symmetrically about the imaginary line that divides the pad portion. *See also* Figure 21 (showing inclined pads).

71.    Upon information and belief, and as shown above in the example of the BOE OLED Display used in the Nubia Z60 Ultra product, the Accused Products meet every limitation of at least claim 1 of the '503 Patent.

72. By making, using, selling, offering for sale, and/or importing into the United States the Accused Products, BOE directly infringes at least claim 1 of the '503 Patent.

73. Upon information and belief, BOE has induced infringement of the '503 Patent under 35 U.S.C. § 271(b) by knowingly and intentionally inducing others to directly infringe the '503 Patent. Upon information and belief, Defendants had knowledge of the '503 Patent and of their infringement of the '503 Patent since at least the date of its issuance. Moreover, the '503 Patent issued from an application that was a continuation of an application that issued as U.S. Patent No. 10,373,987 (the "'987 Patent"), which is a continuation of an application that issued as U.S. Patent No. 9,917,113 (the "'113 Patent"), which is a continuation of an application that issued as U.S. Patent No. 9,591,754 (the "'754 Patent"). The '987 Patent, the '113 Patent, and the '754 Patent were identified in Samsung Display's May 2, 2022 letter to Defendant BOE Beijing as being infringed by OLED displays being made and offered for sale by BOE. For example, upon information and belief, BOE has knowingly and intentionally induced third-party manufacturers, shippers, distributors, and/or retailers to directly infringe (literally and/or under the doctrine of equivalents) the '503 Patent by using, selling, and/or offering to sell in the United States, and/or importing into the United States, products containing infringing BOE OLED displays. BOE's OLED displays are specially designed to contain features that infringe the '503 Patent and the Accused Products have no substantial uses other than ones that infringe the '503 Patent.

74. Moreover, upon information and belief, BOE takes active steps, directly and/or through contractual relationships with others, with the specific intent to cause such persons to import, use, sell, and/or or offer to sell products containing BOE OLED displays that infringe at least claim 1 of the '503 Patent. Upon information and belief, such steps by BOE include, among other things, making or selling the Accused Products, including BOE OLED Displays for at least the Nubia Z60

Ultra products, for importation into or sale in the United States, knowing that such importation or sale would occur. Indeed, Mianyang BOE has admitted in another recent proceeding that it manufactures and sells AMOLED screens that are imported into the United States. Upon information and belief, Mianyang BOE was thus aware that its infringing OLED displays would be imported into the US (and that use of the infringing OLED displays would), yet it sold those displays to those customers anyway. Upon information and belief, BOE has engaged in these activities with knowledge of the '503 Patent and knowledge that the induced acts constitute infringement. BOE's inducement of infringement of the '503 Patent is ongoing.

75.     Upon information and belief, BOE has also contributorily infringed the '503 Patent under 35 U.S.C. § 271(c) through its supply of BOE OLED displays to customers that incorporate those OLED displays into other products, including at least the Nubia Z60 Ultra product. The BOE OLED Displays have no substantial non-infringing uses and are especially designed and made for use in devices that infringe the '503 Patent. BOE has engaged in these activities despite having notice of the '503 Patent, and the OLED displays that BOE has sold and/or provided to customers embody a material part of the claimed invention of at least claim 1 of the '503 Patent. BOE's contributory infringement of the '503 Patent is ongoing.

76.     Upon information and belief, BOE's infringement has been, and continues to be, willful. For example, upon information and belief, BOE has been on notice of the '503 Patent and its infringement of the '503 Patent since at least the issuance of the '503 and yet has continued their infringing activities.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 10,832,616

77.     Samsung Display hereby incorporates the allegations of Paragraphs 1 through 76 as fully set forth herein.

78.     Upon information and belief, BOE has infringed and continues to directly infringe the '616 Patent by making, using, selling, offering for sale, and/or importing into the United States OLED displays for incorporation into the Accused Products, such as OLED displays incorporated into the Nubia Z60 Ultra product.

79.     Independent claim 1 of the '616 Patent recites:

1. A pixel arrangement structure of an organic light emitting diode (OLED) display, comprising:

> a plurality of individually addressable pixels for displaying images, the individually addressable pixels being minimum addressable units of the OLED display and comprising:

>> a first pixel having a center coinciding with a center of a virtual square;

>> another first pixel having a center coinciding with a center of another virtual square, the virtual squares sharing a common side having endpoints at a common first vertex and a common second vertex of the virtual squares, with neighboring vertices in each of the virtual squares corresponding to pixels configured to emit different color light;

>> a second pixel separated from the first pixels and having a center at the first vertex;

>> an other first pixel on a line defined by the center of the virtual square and the first vertex, the first pixel, the second pixel, and the other first pixel being consecutive pixels on the line; and

>> a third pixel separated from the first pixels and the second pixel, and having a center at the second vertex,

> wherein a shortest distance between the first pixel and the second pixel as well as a shortest distance between the first pixel and the third pixel is a same first length,

> wherein a shortest distance between the first pixels is a second length that is longer than the first length and a shortest distance between each of the second pixels and the third pixels,

> wherein the second pixel and the third pixel have polygonal shapes, and

> wherein the second pixel has a larger area than that of the third pixel.

80.     Upon information and belief, the BOE OLED Display meets each of the limitations of claim 1.

81.     For example, the images below (Figs. 25–27) are of a Nubia Z60 Ultra product sold in Texas that, on information and belief, contains an organic light emitting diode display supplied by BOE. The BOE OLED Display is "an organic light emitting diode (OLED) display."

 

**Figure 25**

 

**Figure 26**





**Figure 27**

82.    The BOE OLED Display comprises "a pixel arrangement structure." In the annotated image below (Fig. 28) (front-side image of the BOE OLED Display substrate), a plurality of pixel elements is arranged.



Pixel Elements

**Figure 28**

83.    The BOE OLED Display comprises "a plurality of individually addressable pixels for displaying images, the individually addressable pixels being minimum addressable units of the OLED display." In the annotated image below (Fig. 29) (front-side image of the BOE OLED Display), pixel circuits corresponding to the pixels are aligned in rows and columns, with a data line (Dm) corresponding to each column and a scan line (Sn) corresponding to each row.



**Figure 29**

84.    For example, in the annotated image below (Fig. 30) (backside image of the BOE OLED Display), the pixel circuit includes multiple transistors, including a switching transistor (T2), for addressing the pixel. The use of switching transistors in combination with data lines and scan lines allows particular pixels to be individually addressed. The individually addressable pixels are the minimum addressable units of the OLED.



**Figure 30**

85.    The BOE OLED Display comprises "a first pixel having a center coinciding with a center of a virtual square." In the annotated image below (Fig. 31) (front-side image of the BOE OLED Display substrate), the first pixel and the virtual square are identified.



**Figure 31**

86.    The BOE OLED Display comprises "another first pixel having a center coinciding with a center of another virtual square." In the annotated image below (Fig. 32) (front-side image of the BOE OLED Display substrate), the another first pixel and the another virtual square are identified.

**Figure 32**

87.    In the BOE OLED Display device, "the virtual squares share a common side having endpoints at a common first vertex and a common second vertex of the virtual squares." In the annotated image below (Fig. 33) (front-side image of the BOE OLED Display substrate), the virtual squares, the common side, the common first vertex, and the common second vertex are identified.



**Figure 33**

88.     In Figure 34 below (front-side image of the BOE OLED Display with screen turned on), "neighboring vertices in each of the virtual squares correspond to pixels configured to emit different color light" (i.e., red and blue light) are identified.



**Figure 34**

89.     The BOE OLED Display comprises "a second pixel separated from the first pixels and having a center at the first vertex." In the annotated image below (Fig. 35) (front-side image of the BOE OLED Display substrate), the virtual squares, the first vertex, the first pixels, and the second pixel are identified.



**Figure 35**

90.     The BOE OLED Display comprises "an other first pixel on a line defined by the center of the virtual square and the first vertex, the first pixel, the second pixel, and the other first pixel being consecutive pixels on the line." In the annotated image below (Fig. 36) (front-side image of the BOE OLED Display substrate), the virtual square, the first vertex, the first pixel, the second pixel, and the other first pixel are identified. As shown in Figure 36 below, the first pixel, the second pixel, and the other first pixel are consecutive pixels on the line defined by the center of the virtual square and the first vertex.



**Figure 36**

91.    The BOE OLED Display comprises "a third pixel separated from the first pixels and the second pixel, and having a center at the second vertex." In the annotated image below (Fig. 37) (front-side image of the BOE OLED Display substrate), the virtual squares, the second vertex, the first pixels, the second pixel, and the third pixel are identified.



**Figure 37**

92.     In the BOE OLED Display, "a shortest distance between the first pixel and the second pixel as well as a shortest distance between the first pixel and the third pixel is a same first length." In the annotated image below (Fig. 38) (front-side image of the BOE OLED Display substrate), the first pixel, the second pixel, and the third pixel are identified.



**Figure 38**

93.    In the BOE OLED Display, "a shortest distance between the first pixels is a second length that is longer than the first length." In the annotated image below (Fig. 39) (front-side image of the BOE OLED Display substrate), the first pixel, the second pixel, and the third pixel are identified.



**Figure 39**

94.    The second length is longer than "a shortest distance between each of the second pixels and the third pixels." For example, in the annotated image below (Fig. 40) (front-side image of the BOE OLED Display substrate), the second pixel and the third pixel are identified. The second length is longer than the shortest distance between each of the second pixels and the third pixels.



**Figure 40**

95.    In the BOE OLED Display, "the second pixel and the third pixel have polygonal shapes." In the annotated image below (Fig. 41) (front-side image of the BOE OLED Display substrate), the second pixel and the third pixel are identified. As shown in Figure 41 below, the second pixel and the third pixel have polygonal shapes.



**Figure 41**

96.     In the BOE OLED Display, "the second pixel has a larger area than that of the third pixel." In the annotated image below (Fig. 42) (front-side image of the BOE OLED Display substrate), the second pixel and the third pixel are identified. As shown in Figure 42 below, the area of the second pixel is larger than the area of the third pixel.



**Figure 42**

97.     Upon information and belief, and as shown above in the example of the BOE OLED Display used in the Nubia Z60 Ultra product, the Accused Products meet every limitation of at least claim 1 of the '616 Patent.

98.     By making, using, selling, offering for sale, and/or importing into the United States the Accused Products, BOE directly infringes at least claim 1 of the '616 Patent.

99.     Upon information and belief, BOE has induced infringement of the '616 Patent under 35 U.S.C. § 271(b) by knowingly and intentionally inducing others to directly infringe the '616 Patent. Despite having notice of the '616 Patent—including through at least its receipt of Samsung

Display's May 2, 2022 notice letter specifically informing BOE of its infringing activity—BOE has actively encouraged others to infringe the patent. For example, upon information and belief, BOE has knowingly and intentionally induced third-party manufacturers, shippers, distributors, and/or retailers to directly infringe (literally and/or under the doctrine of equivalents) the '616 Patent by using, selling, and/or offering to sell in the United States, and/or importing into the United States, products containing infringing BOE OLED displays. BOE's OLED displays are specially designed to contain features that infringe the '616 Patent and the Accused Products have no substantial uses other than ones that infringe the '616 Patent.

100.    Moreover, upon information and belief, BOE takes active steps, directly and/or through contractual relationships with others, with the specific intent to cause such persons to import, use, sell, and/or offer to sell products containing BOE OLED displays that infringe at least claim 1 of the '616 Patent. Upon information and belief, such steps by BOE include, among other things, making or selling the Accused Products, including BOE OLED Displays for at least the Nubia Z60 Ultra products, for importation into or sale in the United States, knowing that such importation or sale would occur. Indeed, Mianyang BOE has admitted in another recent proceeding that it manufactures and sells AMOLED screens that are imported into the United States. Upon information and belief, Mianyang BOE was thus aware that its infringing OLED displays would be imported into the US (and that use of the infringing OLED displays would infringe), yet it sold those displays to those customers anyway. Upon information and belief, BOE has engaged in these activities with knowledge of the '616 Patent and knowledge that the induced acts constitute infringement. BOE's inducement of infringement of the '616 Patent is ongoing.

101.    Upon information and belief, BOE has also contributorily infringed the '616 Patent under 35 U.S.C. § 271(c) through its supply of BOE OLED displays to customers that incorporate

those OLED displays into other products, including at least the Nubia Z60 Ultra Product. The BOE OLED Displays have no substantial non-infringing uses and are especially designed and made for use in devices that infringe the '616 Patent. BOE has engaged in these activities despite having notice of the '616 Patent, and the OLED displays that BOE has sold and/or provided to customers embody a material part of the claimed invention of at least claim 1 of the '616 Patent. BOE's contributory infringement of the '616 Patent is ongoing.

102.    Upon information and belief, BOE's infringement has been, and continues to be, willful. For example, upon information and belief, BOE has been on notice of the '616 Patent and its infringement of the '616 Patent since at least its receipt of Samsung Display's May 2, 2022 notice letter and yet has continued its infringing activities.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 10,720,483

103.    Samsung Display hereby incorporates the allegations of Paragraphs 1 through 102 as fully set forth herein.

104.    Upon information and belief, BOE has infringed and continues to directly infringe the '483 Patent by making, using, selling, offering for sale, and/or importing into the United States OLED displays for incorporation into the Accused Products, such as OLED displays incorporated into the Nubia Z60 Ultra product.

105.    Independent claim 22 of the '483 Patent recites:

22. A thin film transistor (TFT) array substrate comprising:

a substrate;

a first thin film transistor including a first channel region and a first gate electrode overlapping the first channel region, the first gate electrode and the first channel region being spaced apart from each other with a first insulating layer therebetween;

a second thin film transistor including a second channel region and a second gate electrode overlapping the second channel region, the second gate electrode and

the second channel region being spaced apart from each other with the first insulating layer therebetween;

a second insulating layer disposed on the first and second gate electrode;

a first metal pattern overlapping the first gate electrode, the first metal pattern and the first gate electrode being spaced apart from each other with the second insulating layer therebetween;

a third insulating layer disposed on the first metal pattern; and

a connection member disposed on the third insulating layer and electrically connecting the first gate electrode and the second thin film transistor, the connection member overlapping a portion of the first channel region in a plan view.

106.    Upon information and belief, the BOE OLED Display meets each of the limitations of claim 22.

107.    For example, the images below (Figures 43–45) are of a Nubia Z60 Ultra product sold in Texas that, on information and belief, contains an organic light emitting diode display supplied by BOE.

 

**Figure 43**




**Figure 44**




**Figure 45**

108.    The BOE OLED Display comprises "a thin-film transistor (TFT) array substrate." As shown in the annotated image below of the front-side of the display panel (Fig. 46), the panel comprises a TFT array where a group of TFTs (T1–T7) are arranged. In addition, as shown in the annotated cross-section view of TFT T1 (Fig. 47), the TFT array is formed on a substrate.



**Figure 46**



**Figure 47**

109.    As shown in the annotated image above (Fig. 47), the BOE OLED Display's TFT array substrate comprises a "substrate."

110.    The BOE OLED Display's TFT array substrate comprises "a first thin film transistor" (e.g., T1) "including a first channel region and a first gate electrode overlapping the first channel region, the first gate electrode and the first channel region being spaced apart from each other with a first insulating layer therebetween." As shown in the annotated images below (Fig. 48–49), the

first channel region, first gate electrode, and first insulating layer are identified, where the first gate electrode and first channel region are spaced apart from each other by the first insulating layer.



Driving Circuits (Front)                                Driving Circuits (Rear)

**Figure 48**



**Figure 49**

111.    As shown in annotated Figure 48 above and the annotated image below (Fig. 50), the BOE OLED Display's TFT array substrate comprises "a second thin film transistor" (e.g., T3) "including a second channel region and a second gate electrode overlapping the second channel region, the second gate electrode and the second channel region being spaced apart from each other with the first insulating layer therebetween."

57



**Figure 50**

112.    As shown in the annotated image below (Fig. 51), the BOE OLED Display's TFT array substrate comprises "a second insulating layer disposed on the first and second gate electrode."



**Figure 51**

113.    As shown in the annotated image below (Fig. 52), the BOE OLED Display's TFT array substrate comprises "a first metal pattern overlapping the first gate electrode, the first metal pattern and the first gate electrode being spaced apart from each other with the second insulating layer therebetween."



**Figure 52**

114.     As shown in the annotated image below (Fig. 53), the BOE OLED Display's TFT array substrate comprises "a third insulating layer disposed on the first metal pattern."



**Figure 53**

115.     As shown in the annotated image below (Fig. 54), the BOE OLED Display's TFT array substrate comprises "a connection member disposed on the third insulating layer and electrically connecting the first gate electrode and the second thin film transistor, the connection member overlapping a portion of the first channel region in a plan view."



**Figure 54**

116.    Upon information and belief, and as shown above in the example of a BOE OLED Display used in the Nubia Z60 Ultra product, the Accused Products meet every limitation of at least claim 22 of the '483 Patent.

117.    By making, using, selling, offering for sale, and/or importing into the United States the Accused Products, BOE directly infringes at least claim 22 of the '483 Patent.

118.    Upon information and belief, BOE has induced infringement of the '483 Patent under 35 U.S.C. § 271(b) by knowingly and intentionally inducing others to directly infringe the '483 Patent. Despite having notice of the '483 Patent—including through at least its receipt of Samsung Display's May 2, 2022 notice letter specifically alleging that BOE infringes this patent—BOE has actively encouraged others to infringe the patent. For example, upon information and belief, BOE has knowingly and intentionally induced third-party manufacturers, shippers, distributors, and/or retailers to directly infringe (literally and/or under the doctrine of equivalents) the '483 Patent by using, selling, and/or offering to sell in the United States, and/or importing into the United States, products containing infringing BOE OLED displays. BOE's OLED displays are especially designed

to contain features that infringe the '483 Patent and the Accused Products have no substantial uses other than ones that infringe the '483 Patent.

119.    Moreover, upon information and belief, BOE takes active steps, directly and/or through contractual relationships with others, with the specific intent to cause such persons to import, use, sell, and/or or offer to sell products containing BOE OLED displays that infringe at least claim 1 of the '483 Patent. Upon information and belief, such steps by BOE include, among other things, making or selling the Accused Products, including BOE OLED Displays for at least the Nubia Z60 Ultra products, for importation into or sale in the United States, knowing that such importation or sale would occur. Indeed, Mianyang BOE has admitted in another recent proceeding that it manufactures and sells AMOLED screens that are imported into the United States. Upon information and belief, Mianyang BOE was thus aware that its infringing OLED displays would be imported into the US (and that use of the infringing OLED displays would infringe), yet it sold those displays to those customers anyway. Upon information and belief, BOE has engaged in these activities with knowledge of the '483 Patent and knowledge that the induced acts constitute infringement. BOE's inducement of infringement of the '483 Patent is ongoing.

120.    Upon information and belief, BOE has also contributorily infringed the '483 Patent under 35 U.S.C. § 271(c) through their supply of BOE OLED displays to customers that incorporate those OLED displays into other products, including at least the Nubia Z60 Ultra product. The BOE OLED Displays have no substantial non-infringing uses and are especially designed and made for use in devices that infringe the '483 Patent. BOE has engaged in these activities despite having notice of the '483 Patent, and the OLED displays that BOE has sold and/or provided to customers embody a material part of the claimed invention of at least claim 1 of the '483 Patent. BOE's contributory infringement of the '483 Patent is ongoing.

121.    Upon information and belief, BOE's infringement has been, and continues to be, willful. For example, upon information and belief, BOE has been on notice of the '483 Patent and its infringement of the '483 Patent since at least its receipt of Samsung Display's May 2, 2022 notice letter and yet has continued its infringing activities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Samsung Display prays for relief as follows:

A.    A judgment that each of the Defendants has willfully infringed, directly or indirectly, each of the Asserted Patents;

B.    Compensatory damages in an amount commensurate with Defendants' infringement of the Asserted Patents, including without limitation lost profits and no less than a reasonable royalty;

C.    Pre-judgment interest on all damages awarded to Plaintiff;

D.    Post-judgment interest on all sums awarded to Plaintiff from the date of the judgment;

E.    An award of treble damages pursuant to 35 U.S.C. § 284;

F.    An award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

G.    Any and all other relief that the Court deems just and equitable.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all issues raised by this complaint.

Dated: April 23, 2025              Respectfully submitted,

*/s/ Amanda A. Abraham*
Amanda A. Abraham
ROTH & ABRAHAM LAW FIRM
115 N. Wellington St. Ste 200
Marshall, TX 75670
Phone: (903) 935-1665

Kevin C. Wheeler
Jacob C. Vannette
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
kevin.wheeler@lw.com
jake.vannette@lw.com

Charles Sanders
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
charles.sanders@lw.com

Alex Grabowski (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
alex.grabowski@lw.com

Brian Kim (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
brian.kim@lw.com

*Counsel for Plaintiff Samsung Display Co., Ltd.*